UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN COMBS WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. QUINTANA, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00270 GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS<br><br>(ECF No. 14)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ACKNOWLEDGE AND GRANT DEATH WILL<br><br>(ECF No. 15) |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　Plaintiff has filed a motion requesting that the Court inform him of the status of this case (ECF No. 14) as well as a motion which asks the Court to acknowledge and "grant" the "death will" he has created (ECF No. 15). Both motions will be denied.

　　　Plaintiff's motion which requests that the Court provide him with a status update for this case will be denied. Plaintiff need only follow the filings on the Court's docket in order to determine the stage of this case at any particular time.

1

Plaintiff's request that the Court acknowledge and "grant" his "death will" (ECF No. 15) will also be denied.  The Court has no jurisdiction over this type of action.  <u>See</u> <u>generally</u> 28 U.S.C. § 636.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for status (ECF No. 14) is DENIED, and

2. Plaintiff's motion that the Court acknowledge and "grant" his death will (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Dated: __**October 9, 2024**__                         _____**/s/ Gary S. Austin**_
                                                                              UNITED STATES MAGISTRATE JUDGE