UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DASHAWN COMBS WILSON,

Plaintiff,

v.

QUINTANA, *et al.*,

Defendants.

No.  1:24-cv-00270 KES FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING CLERK OF COURT TO CLOSE CASE

Doc. 24

Plaintiff Dashawn Combs Wilson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2026, the then-assigned magistrate judge issued a screening order granting Plaintiff leave to file a second amended complaint or a notice of voluntary dismissal within thirty (30) days.  Doc. 21.  Plaintiff was warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice.  *Id.*  Plaintiff did not file an amended complaint or otherwise communicate with the court.

On March 30, 2026, the newly-assigned magistrate judge issued findings and recommendations, incorporating the findings of the screening order and recommending dismissal for failure to state a claim, failure to obey a court order, and for Plaintiff's failure to prosecute this action.  Doc. 24.  Those findings and recommendations were served on Plaintiff and contained

1

notice that any objections thereto were to be filed within fourteen days after service. *Id.* Plaintiff did not file objections or otherwise communicated with the Court, and the deadline to do so has expired.[1]

In accordance with 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1.  The findings and recommendations issued on March 30, 2026 (Doc. 24), are ADOPTED in full.

2.  This action is DISMISSED with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    May 18, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] On March 23, 2026, the Court issued an order reassigning this case to Magistrate Judge Frank J. Singer for all further proceedings. Doc. 22. That order was returned as "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward, Released" on April 6, 2026. Pursuant to Local Rule 183(b), Plaintiff's notice of change of address was due on or before May 6, 2026. Plaintiff did not file a notice of change of address or otherwise communicate with the Court. Dismissal is also appropriate for failure to comply with the Local Rule.

2